127 F.3d 1096
 Herbert L. Needleman v. Harold E. Varmus, M.D., (Successor
to Bernadine Healy) Director of National
Institutes of Health, Jules
V.
Hallum, Director Office of Scientific Integrity, Office of
Scientific Integrity, Jane S. Schultz, Jerome
RosenbergIntegrity Officers of University of Pittsburgh,
George M. Bernier, Dean of University of Pittsburgh Medical
School, Dennis O'Connor, Chancellor of University of
Pittsburgh, University of Pittsburgh, John Doe,
 NO. 96-3351
 United States Court of Appeals,
Third Circuit
 
 1
 .
 
 Aug 04, 1997
 Appeal From: W.D.Pa. ,No.92cv00749
 
 2
 Affirmed.